UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GURPREET SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | No.  1:26-cv-00192-KES-SKO (HC)<br><br>**ORDER TO SHOW CAUSE WHY<br>PETITION SHOULD NOT BE GRANTED**<br><br>[THIRTY DAY DEADLINE] |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a petition for writ of habeas corpus challenging his detention by the United States Department of Homeland Security ("DHS").

Petitioner entered the United States on or about April 21, 2023. He was briefly detained and then released on April 27, 2023. He states he has complied with all conditions of his release. On September 8, 2025, without notice or opportunity to be heard, he was arrested and detained. Petitioner claims his detention is unreasonably prolonged. The detention period of approximately 4 months does not appear to be unreasonable. However, Petitioner also contends that his mandatory detention under § 1225(b)(2) with no custody redetermination hearing violates his Fifth Amendment due process rights. He also contends his re-detention without notice violates his due process rights.

1

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **January 14, 2026**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

2